OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

02 1R
0006557458    MAR 13 2015

$ 00.26⁵

PITNEY BOWES

3/9/2015

GATSON, TIMOTHY MICHAEL - Tr. Ct. No. W01-41297-V(A) ADM ZIP WR-82,985-02

On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

TIMOTHY MICHAEL GATSON
- TDC # 1084238

U T F

UTF-Rel